### AMERICAN UNION LINE, Inc., v. HASHIMOTO.

(Circuit Court of Appeals, Second Circuit. February 20, 1922.)

#### No. 209.

In Error to the District Court of the United States for the Southern District of New York.

Action at law by Hashimoto, Esq., against the American Union Line, Incorporated. Judgment for plaintiff (280 Fed. 748), and defendant brings error. Affirmed.

Engel Bros., of New York City (J. G. Engel and J. B. Engel, both of New York City, of counsel), for plaintiff in error.

Haight, Sandford, Smith & Griffin, of New York City (Harold S. Deming and Francis B. Goertner, both of New York City, of counsel), for defendant in error.

Before ROGERS and MANTON, Circuit Judges, and AUGUSTUS N. HAND, District Judge.

PER CURIAM. Judgment affirmed.